UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
BRYAN NUNEZ,

Plaintiff,

-against-

HILTON HOTEL EMPLOYER LLC, et al.,

Defendants.
---------------------------------------------------------------X

26-CV-4759 (ALC) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties are directed to meet and confer and complete a Proposed Case Management Plan, at https://nysd.uscourts.gov/hon-valerie-figueredo, and file it on ECF by **Thursday, November 5, 2026**. Counsel who disagree about the dates or other terms of the proposed schedule shall submit a joint letter briefly explaining the dispute. Such letter, if any, must be submitted by **Thursday, November 5, 2026**.

**SO ORDERED.**

DATED: New York, New York
October 15, 2026

VALERIE FIGUEREDO
United States Magistrate Judge